JAMES W. GLOVER, LIMITED *v.*
LEONARD K. FONG.

No. 3091.

FILED JUNE 23, 1958.                    DECIDED JUNE 24, 1958.

RICE, C. J., STAINBACK AND MARUMOTO, JJ.

*Per Curiam.* Appellant's petition for rehearing does not rest upon grounds warranting a second consideration of appellant's briefs nor does the petition state any matters that were not considered by this court in rendering its opinion or any, if reconsidered, that would change the result thereof.

Argument upon it is not desired by any concurring justice.

The petition, being without merit, is denied.

*Earl S. Robinson* (*Fong, Miho, Choy & Chuck* on the brief) for the petition.